UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-24550-ALTMAN

KELLY M. CRAWFORD

    *Plaintiff,*

v.

36IXZERO Degrees, LLC, *et al.*,

    *Defendants.*

_____/

## DEFAULT FINAL JUDGMENT

In a separate order, we granted the Plaintiff's Motion for Entry of Default Final Judgment against Defendant 36IXZERO Degrees, LLC [ECF No. 60]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that final judgment is **ENTERED** in favor of the Plaintiff, Kelly M. Crawford, and against Defendant 36IXZERO Degrees, LLC, whose last known principal address is 6163 SW 191 Avenue, Ft. Lauderdale, Florida 33332, in the amount of $215,000.00 in actual damages, which shall accrue interest at the statutory rate per annum until paid.

    **DONE AND ORDERED** in the Southern District of Florida on April 10, 2026

                                          _____

                                          **ROY K. ALTMAN**
                                          **UNITED STATES DISTRICT JUDGE**

cc:      counsel of record