**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-24550-RKA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

       Plaintiff,

v.

36IXZERO DEGREES, LLC, *et al.*,

       Defendants.

_____/

## STIPULATION REGARDING JOINT SCHEDULING REPORT AND PROPOSED ORDER [ECF 58] WITH DEFENDANT, JAMES LEES

Pursuant to the Court's Order in Cases with Multiple Defendants [ECF 23] and Order Granting Plaintiff's Motion to Extend the Time to Effect Service on Certain Defendants and to Sever the UK-Based Defendants [ECF 41], Plaintiff Kelly M. Crawford and Defendant James Lees submit this Stipulation Regarding the Joint Scheduling Report and Proposed Order [ECF 58].

Mr. Lees has been served (*See* Return of Service [ECF 63]). This Court required within thirty (30) days of the service of the last UK Defendant, the Receiver and the Defendant shall submit a proposed scheduling order compliant with Local Rules. Mr. Lees is the last UK Defendant.[1] No new scheduling order will be required.

---

[1] The Receiver will not be pursuing the other UK Defendants.

Mr. Lees has reviewed the current Court's Order Setting Trial and Pre-Trial Schedule

[ECF 61] and agrees to comply with all the deadlines contained therein.

DATED: May 6, 2026.

| | |
|---|---|
| */s/ Melanie E. Damian* | */s/James Lees* |
| Melanie E. Damian | James Lees |
| Florida Bar No: 99392 | |
| Email: mdamian@dvllp.com | |
| Vincenzo Lamonica | |
| Florida Bar No. 1058073 | |
| Email: vlamonica@dvcattorneys.com | |
| DAMIAN VALORI CULMO | |
| 1000 Brickell Avenue, Suite 1020 | |
| Miami, Florida 33131 | |
| Telephone: (305) 371-3960 | |
| Facsimile: (305) 371-3965 | |

*Counsel for Plaintiff, Kelly M. Crawford*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2026, I electronically filed the

foregoing document with the Clerk of the U.S. District Court, Southern District of

Florida, using the electronic case filing system of the court, and the electronic case

filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/Melanie E. Damian*
Melanie E. Damian