AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

<table>
<tr><td>

KELLY M. CRAWFORD, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

*Plaintiff(s)*

v.

36IXZERO DEGREES, LLC, et al.

*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.  1:25-cv-24550-RKA

</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  R Acosta Consulting, LLC
5581 SW 71st Pl.
Miami, Florida  33155.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melanie E. Damian
Vincenzo Lamonica
Damian Valori Culmo
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:        05/11/2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court