## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 1:25-CV-24550-RKA

Plaintiff:
**KELLY M. CRAWFORD, as Receiver of**
**TRADERS DOMAIN FX LTD. d/b/a,**
**TRADERS DOMAIN, et al.**

vs.

Defendant:
**36IXZERO DEGREES, LLC, et al.**

For:
Melanie Damian
Damian & Valori LLP
1000 Brickell Avenue
Suite 1020
Miami, FL 33131

Received by DLE Process Servers, Inc on the 12th day of May, 2026 at 9:07 am to be served on **R Acosta Consulting, LLC, 5581 SW 71st Pl., Miami, FL 33155**.

I, Stefany Camejo, do hereby affirm that on the **26th day of May, 2026** at **8:52 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Amended Complaint, Exhibits** with the date and hour of service endorsed thereon by me, to: **Richard Acosta** as **Registered Agent** for **R Acosta Consulting, LLC**, at the address of: **5581 SW 71st Pl., Miami, FL 33155**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/19/2026  8:00 am  Attempted service at 5581 SW 71st Pl., Miami, FL 33155, no answer at residence
5/21/2026  5:30 pm  Attempted service at 5581 SW 71st Pl., Miami, FL 33155, no answer at residence

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Stefany Camejo**
CPS-2509

**DLE Process Servers, Inc**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2026034961

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

| DELIVERED | 5/20/2026 8:52 AM |
|---|---|
| SERVER | SC |
| LICENSE | CPS-2509 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

KELLY M. CRAWFORD, as Receiver of
TRADERS DOMAIN FX LTD. d/b/a,
TRADERS DOMAIN, et al.,

)
)
)
)
)
)
)

*Plaintiff(s)*

v.

36IXZERO DEGREES, LLC, et al.

)
)
)
)
)
)

Civil Action No. 1:25-cv-24550-RKA

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* R Acosta Consulting, LLC
5581 SW 71st Pl.
Miami, Florida 33155.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melanie E. Damian
Vincenzo Lamonica
Damian Valori Culmo
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: 05/11/2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| KELLY M. CRAWFORD, as Receiver of TRADERS DOMAIN FX LTD. d/b/a, TRADERS DOMAIN, et al., <br><br>*Plaintiff(s)*<br><br>v.<br><br>36IXZERO DEGREES, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1:25-cv-24550-RKA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   R Acosta Consulting, LLC
5581 SW 71st Pl.
Miami, Florida  33155.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Melanie E. Damian
Vincenzo Lamonica
Damian Valori Culmo
1000 Brickell Avenue, Suite 1020
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:         05/11/2026

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court