**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

COMMODITY FUTURES
TRADING COMMISSION,

     *Plaintiff,*

v.

TRADERS DOMAIN FX LTD. *d/b/d*
THE TRADERS DOMAIN, *et al;*

     *Defendants.*

_____/

KELLY M. CRAWFORD, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a,*
TRADERS DOMAIN, *et al.,,*

     *Plaintiff,*

v.

36IXZERO DEGREES, LLC, CAPOTE
DIAMONDS, LLC, JAMES LEES, R ACOSTA
CONSULTING, LLC, AND WOLF EXOTICS,
LLC,

     *Defendants.*

ANCILLARY CASE NO.:
25-cv-24550-ALTMAN

_____/

## DEFENDANT, WOLF EXOTICS, LLC'S NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

**PLEASE TAKE NOTICE** that The Carlson Law Firm P.A., and hereby enters its appearance as counsel of record for Defendant, WOLF EXOTICS, LLC in the above-captioned matter. The undersigned requests that all notices, pleadings, motions, correspondence, and other papers filed or served in this action be directed to the following email addresses:

Primary Email Address:             rcarlson@carlsonfirm.com

Secondary Email Addresses:       carlsonfirmservice@carlsonfirm.com
                                       ringar@carlsonfirm.com

**DATED:** this 9ᵗʰ day of June, 2026.

                                    Respectfully submitted,
                                    **THE CARLSON LAW FIRM P.A.**

*Commodity Futures Trading Commision v. Traders Domain FX Ltd. Et al.*
*Case No.: 25-cv-24550-Altman*
*Page 2 of 2*

By:        */s/ Robert A. Carlson*
              ROBERT A. CARLSON, ESQ.
              Florida Bar No. 68433
              100 Biscayne Boulevard, Suite 605
              Miami, Florida 33132
              Telephone: (305) 377-2323
              rcarlson@carlsonfirm.com
              **Attorneys for Wolf Exotics, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2026, a true and correct copy of the foregoing was served via the CM/ECF upon counsel on record.

By:        */s/ Robert A. Carlson*
              Robert A. Carlson