## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-24550-RKA

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

        Plaintiff,

v.

36IXZERO DEGREES, LLC, *et al.*,

        Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE AS TO JAMES LEES

Plaintiff, Kelly M. Crawford, as Receiver, files this notice of voluntary dismissal without prejudice only as to its claims against Defendant, James Lees. For the avoidance of doubt, this dismissal applies only to the Receiver's claims as to James Lees, and not any other Defendant.

        Respectfully submitted,

        */s/ Vincenzo Lamonica*
        Melanie Damian
        Florida Bar No. 99392
        Email: mdamian@dvllp.com
        Vincenzo Lamonica
        Florida Bar No. 1058073
        Email: vlamonica@dvcattorneys.com
        DAMIAN | VALORI | CULMO
        *Counsel for Plaintiff*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

/s/ *Vincenzo Lamonica*
Vincenzo Lamonica

2