**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**


KELLY M. CRAWFORD

              PLAINTIFF(S)

          v.

36IXZERO DEGREES, LLC, et al.,

CASE NUMBER
   1:25–cv–24550–RKA


**DEFAULT BY CLERK F.R.Civ.P.55(a)**


          DEFENDANT(S).


# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**R Acosta Consulting, LLC**

as of course, on the date June 16, 2026.

          **Angela E. Noble**
          CLERK OF COURT

          By  _/s/ Patricia Curtis_
          Deputy Clerk

cc:  Judge Roy K. Altman
     Kelly M. Crawford

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)