## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-24550-ALTMAN

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

       Plaintiff,

v.

36IXZERO DEGREES, LLC, *et al.*,

       Defendants.

_____/

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE AS TO WOLF EXOTICS, LLC

Plaintiff, Kelly M. Crawford, as Receiver, files this notice of voluntary dismissal without prejudice only as to its claims against Defendant, Wolf Exotics, LLC. For the avoidance of doubt, this dismissal applies only to the Receiver's claims as to Wolf Exotics, LLC, and not any other Defendant.

       Respectfully submitted,

       */s/ Vincenzo Lamonica*
       Vincenzo Lamonica
       Florida Bar No. 1058073
       Email: vlamonica@dvcattorneys.com
       Melanie Damian
       Florida Bar No. 99392
       Email: mdamian@dvllp.com
       DAMIAN | VALORI | CULMO
       *Counsel for Plaintiff*
       1000 Brickell Avenue, Suite 1020
       Miami, Florida 33131
       Telephone: (305) 371-3960

## CERTIFICATE OF SERVICE

I hereby certify that on the June 22, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

/s/ Vincenzo Lamonica
Vincenzo Lamonica