UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25044-DPG

KINSALE INSURANCE COMPANY,

    Plaintiff,

v.

THE HAMMOCKS COMMUNITY ASSOCIATION,
INC., and FRITZ MAX ANDRE,

    Defendants.

                                 /

## DEFENDANT THE HAMMOCKS COMMUNITY ASSOCIATION, INC'S
## <u>WITNESS LIST</u>

Defendant, The Hammocks Community Association, Inc. (the "Hammocks"), files its list

of witnesses intended to be called at trial initial pursuant to the Court's Scheduling Order Setting

Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to

Magistrate Judge [ECF No. 27]:

1. Corporate Representative of The Hammocks Community Association. Inc.
   c/o Damian Valori Culmo
   1000 Brickell Avenue, Suite 1020
   Miami, Florida 33131

2. David Gersten, former Receiver, current Monitor
   c/o Damian Valori Culmo
   1000 Brickell Avenue, Suite 1020
   Miami, Florida 33131

3. Corporate Representative of FirstService Residential
   c/o Koleos Rosenbern Dionisio
   8211 W. Broward Blvd., Suite 450
   Fort Lauderdale, Florida 33324

4. Fritz Max Andre
   Saborit Law, P.A.
   11430 N. Kendall Drive, Suite 309

CASE NO.: 1:25-CV-25044-DPG

Miami, Florida 33176

5.  Shiven Patel, Associate Underwriter, Kinsale Insurance Company
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

6.  Bryne Jenkins, Senior Associate Broker, AmWins
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

7.  Bryan Pinney, Territory Manager, Kinsale
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

8.  Aaron Perry, Senior VP, AmWins
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

9.  Christopher May, Claims Examiner, Kinsale Insurance Company
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

10. Holden Bryant, Division Manager, Kinsale Insurance Company
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

11. Jarrett Fehn, Territory Manager, Kinsale Insurance Company
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

12. Stuart Winston, Senior Underwriting VP, Kinsale Insurance Company
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

13. Alan Adams, Area Vice President, John Galt Insurance, A Gallagher Company
    c/o Clyde & Co. US LLP
    1221 Brickell Avenue, Suite 1600
    Miami, Florida 33131

CASE NO.: 1:25-CV-25044-DPG

14. Jose Bernado Bello
11358 SW 158th Place
Miami, Florida 33196

15. John Lacek, Kinsale Insurance Company
c/o Colsen Centner, Esquire
Sergio Bueno, Esquire
Clyde & Co US LLP

16. Katie Kilby, Kinsale Insurance Company
c/o Colsen Centner, Esquire
Sergio Bueno, Esquire
Clyde & Co US LLP

17. Any witnesses needed for impeachment purposes.

18. Any witnesses needed for rebuttal purposes.

The Hammocks reserves the right to amend this Witness List.

Respectfully submitted,

*/s/ Russell Landy*
Melanie E. Damian
Florida Bar No. 99392
Email:  mdamian@dvllp.com
Russell Landy
Florida Bar No. 44417
Email:  rlandy@dvllp.com
DAMIAN  |  VALORI  |  CULMO
*Counsel for Defendant, The Hammocks*
 *Community Association, Inc.*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

CASE NO.: 1:25-CV-25044-DPG

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on August 5, 2026, upon all counsel and/or parties who have appeared in the above-styled action.

*/s/ Russell Landy*
Russell Landy

4