**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-24550-RKA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

        Plaintiff,

v.

36IXZERO DEGREES, LLC and
R Acosta Consulting, LLC,

        Defendants.

_____/

**<u>NOTICE OF STRIKING ECF #97</u>**

Notice is hereby given that ECF #97 was inadvertently filed in this matter, and the same should be stricken from the record.

DATED:  August 5, 2026.

        Respectfully submitted,

        */s/Russell Landy*
        Melanie E. Damian
        Florida Bar No. 99392
        Email: mdamian@dvllp.com
        Russell Landy
        Florida Bar No. 44417
        DAMIAN | VALORI | CULMO
        *Counsel for Plaintiff, Kelly M. Crawford*
        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965

2

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on this 5th day of August, 2026, upon all counsel and/or parties who have appeared in the above-styled action.

<u>*/s/ Russell Landy*</u>
Russell Landy