**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-24550-ALTMAN**

**KELLY M. CRAWFORD**

*Plaintiff*,

*v.*

**36IXZERO Degrees, LLC**, *et al.*,

*Defendants*.
______________________________/

**DEFAULT FINAL JUDGMENT**

In a separate order, we granted the Plaintiff's Motion for Entry of Default Final Judgment against Defendant R Acosta Consulting LLC [ECF No. 95]. Pursuant to Federal Rule of Civil Procedure 58, we hereby **ORDER and ADJUDGE** that Final Judgment is **ENTERED** in favor of the Plaintiff, Kelly M. Crawford and against Defendant R Acosta Consulting LLC, whose last known principal address is 5581 SW 71 Place, Miami, Florida 33155, in the amount of $553,140.01 in actual damages, which shall accrue interest at the statutory rate per annum until paid.

**DONE AND ORDERED** in the Southern District of Florida on September 22, 2026

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record