**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-24550-RKA**

Kelly M. Crawford, as Receiver of
TRADERS DOMAIN FX LTD. *d/b/a*,
TRADERS DOMAIN, *et al.*,

Plaintiff,

v.

36IXZERO DEGREES, LLC, *et al.*,

Defendants.
_______________________________________/

**JOINT MEDIATION REPORT**

Plaintiff, Kelly M. Crawford (the "Receiver") and Defendant, Capote Diamonds LLC (collectively, "the Parties"), submit their Joint Mediation Report concerning their October 6, 2026 mediation, and state:

1. The Parties attended mediation via Zoom with mediator Pamela Perry on October 6, 2026.

2. The Parties were not able to reach an agreement at the time of the mediation session.

3. The Parties reached an impasse, however, they remain engaged in settlement discussions and are hopeful that a resolution can be reached.

Respectfully submitted,

By:*/s/ Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Melanie Damian
Florida Bar No. 99392
Email: mdamian@dvllp.com
DAMIAN | VALORI | CULMO

By:*/s/Marcus A. Nielsen*
Marcus A. Nielsen, Esq.
Florida Bar No. 1010803
BELL ROSQUETE REYES ESTEBAN, PLLC
Counsel for Defendant
999 Ponce de Leon Boulevard, Suite 810
Coral Gables, Florida 33134
Direct: (954) 514-9941

*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

Office: (305) 570-1610
Facsimile: (305) 570-1599
Email: mnielsen@brresq.com
Email: gencarnacion@brresq.com
Email: legal@brresq.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2026, a true and correct copy of the foregoing document was served via CM/ECF upon all parties and counsel of record registered to receive electronic notices through the CM/ECF system.

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica