UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-cv-24550-RKA

KELLY M. CRAWFORD, as Receiver of TRADERS DOMAIN FX LTD., et al.,
Plaintiff,

v.

36IXZERO DEGREES, LLC, BENJAMIN JOEL GLASER, CAPOTE DIAMONDS, LLC, DISCOVER TOUR PLUS LTD, INFLUENCER MEDIA GROUP, LLC, JAMES LEES, ON OFF TECHNOLOGIES LTD, R ACOSTA CONSULTING, LLC, RYMAX FINANCIAL MANAGEMENT LTD, and WOLF EXOTICS, LLC,
Defendant.

______________________________________/

**MEDIATION REPORT**

Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report and Notice of Adjournment:

1. On October 6, 2026 counsel and the parties in the above-referenced case convened virtually via Zoom for a mediation conference in this case.

2. All required parties were present for the mediation.

3. Pursuant to the agreement of the Parties, the mediation was adjourned.

DATED this 15th day of October, 2026.

Respectfully submitted,

/s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
P: 305-202-3545

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of October, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Melanie E. Damian, Esq.
Vincenzo Lamonica, Esq.
DAMIAN VALORI CULMO
1000 Brickell Avenue #1020
Miami, FL 33131
mdamian@dvllp.com;
vlamonica@dvcattorneys.com;
O: (305) 371-3960
*Counsel for Plaintiff:*
*Kelly Crawford, Receiver*

Henry Philip Bell, Esq.
Alexander Esteban, Esq.
Marcus A. Nielsen, Esq.
BELL ROSQUETE REYES, PLLC
999 Ponce De Leon Blvd., Ste. 1120
Coral Gables, FL 33134
hbell@brresq.com;
AEsteban@brresq.com;
mnielsen@brresq.com;
*Counsel for Defendants:*
*Capote Diamonds, LLC*

By: /s/ *Pamela I. Perry*