**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-24550-RKA**

KELLY M. CRAWFORD,

Plaintiff,

v.

36IXZERO DEGREES, LLC, *et al.*,

Defendants.
_______________________________________/

**NOTICE OF SETTLEMENT WITH DEFENDANTS**

Plaintiff, Kelly M. Crawford, as court-appointed receiver (the "Receiver") notifies the Court that he has executed a settlement agreement with Defendant, Capote Diamonds LLC, which is subject to approval of the Receivership Court. Upon approval by the Receivership Court, the parties will file a stipulation for dismissal with prejudice of the Receiver's claims against Defendant.

Respectfully submitted,

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica
Florida Bar No. 1058073
Email: vlamonica@dvcattorneys.com
Melanie Damian
Florida Bar No. 99392
Email: mdamian@dvllp.com
DAMIAN | VALORI | CULMO
*Counsel for Plaintiff, Kelly M. Crawford*
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Florida, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

*/s/ Vincenzo Lamonica*
Vincenzo Lamonica